**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CODING TECHNOLGIES, LLC, | § § § |
| Plaintiff, | §   Case No.: 1:18-cv-01009 § |
| vs. | § § |
| SOL REPUBLIC, INC., | §   **NOTICE OF WITHDRAWAL OF** §   **SUMMONS** § |
| Defendant. | § § § § § |

Plaintiff, CODING TECHNOLOGIES, LLC, hereby gives notice of withdrawing the issued Summons as to Defendant, SOL REPUBLIC, INC., due to the inadvertent inclusion of the improper registered agent for the entity. Plaintiff will file a new Summons naming the corrected registered agent.

**DATED** on August 14, 2018

Respectfully submitted,

STAMOULIS & WEINBLATT, LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
Richard C. Weinblatt (No. 5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff,*
CODING TECHNOLOGIES LLC